No. 71–6278. ALMEIDA-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 406 U. S. 944.] Motion of Prison Research Council for the University of Pennsylvania for leave to file an untimely brief as *amicus curiae* denied. Motion for appointment of counsel granted. It is ordered that John J. Cleary, Esquire, of San Diego, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as co-counsel for petitioner in this case.

No. 71–6732. CHAFFIN *v.* STYNCHCOMBE, SHERIFF. C. A. 5th Cir. [Certiorari granted, 409 U. S. 912.] Motion of the Attorney General of Tennessee for leave to file a brief as *amicus curiae* after argument granted.

No. 72–394. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* HYNSON, WESTCOTT & DUNNING, INC.;

No. 72–414. HYNSON, WESTCOTT & DUNNING, INC. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.;

No. 72–555. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* BENTEX PHARMACEUTICALS, INC., ET AL.;

No. 72–666. USV PHARMACEUTICAL CORP. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 4th Cir.; and

No. 72–528. CIBA CORP. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 3d Cir. [Certiorari granted, 409 U. S. 1105.] Motion of Bentex Pharmaceuticals, Inc., et al., for additional time for oral argument denied.